**Dated: November 6, 2014**

**The following is ORDERED:**



TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **Texoma Peanut Company** | ) | **Case No. 14-81334** |
| **Clint-Co Peanut Company,** | ) | **Case No. 14-81335** |
| **Clint Williams Company-Western** | ) | **Case No. 14-81336** |
| **Division** | ) | |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

This matter having come before the Court upon consideration of Debtors' Expedited Motion for Joint Administration of Chapter 11 Cases (the "Motion") filed by Texoma Peanut Company, its affiliates and related entities (collectively "Debtors")[1], and after due deliberation, and sufficient cause appearing therefore,

---

[1] The affiliates and related entities of Texoma Peanut Company are Clint-Co Peanut Company ("Clint-Co") and Clint Williams Company-Western Division LLC ("Clint Williams").

**THE COURT FINDS AND CONCLUDES THAT:**

A.   This Court has jurisdiction over these cases under 28 U.S.C. § 1334(b).

B.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.   This Court has reviewed the Motion regarding the relief requested therein.

D.   The relief requested in the Motion is necessary and in the best interests of the Debtors and their respective estates.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.   The Motion is granted.

2.   These Chapter 11 cases shall be jointly administered by this Court and by the Office of the United States Trustee in accordance with FED.R.BANKR.P. 1015(b).  These cases shall be jointly administered.  Case No. 14-81334 is designated the "lead case."   A single case docket and court file will be maintained hereafter under the "lead case" number.

3.   The caption for these jointly administered Chapter 11 cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **Texoma Peanut Company** | ) | **Case No. 14-81334** |
| **Clint-Co Peanut Company,** | ) | **Case No. 14-81335** |
| **Clint Williams Company-Western** | ) | **Case No. 14-81336** |
| **Division** | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

and no party shall be required to list any further information beyond that set forth above in the caption of any pleading filed in these Chapter 11 cases.

4.      The Clerk of this Court is directed forthwith to make a separate docket entry with respect to each of these Chapter 11 cases substantially as follows: An order has been entered directing the joint administration of Texoma Peanut Company, No. 14-81334 and its related entities and affiliates in accordance with FED.R.BANKR.P. 1015(b).  The docket in Case No. 14-81334 should be consulted for all matters affecting the above cases.

5.      Hearings in the jointly administered cases shall be joint hearings unless otherwise ordered.

6.      The Debtors shall file a consolidated monthly operating report each month during the pendency of these cases.

7.      The three cases are not consolidated for purposes of filing claims.  Claims filed shall indicate only the case name of the case in which the claim is asserted and the case number of the lead case followed by the words "(Jointly Administered)."   Separate claims registers shall not be maintained for each case.

8.      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 cases.   The debtor-in-possession will not commingle assets or liabilities unless and until it is determined that  ground exists to order substantive consolidation of these cases.

9.      Ballots shall be styled and filed in the case name of the member case for which the plan being voted on was filed followed by the lead case number and the words "(Jointly Administered)".

10.      This Order is effective immediately upon its entry and the Clerk of the Court is hereby directed to enter this Order on the docket in each Debtor's Chapter 11 case.

11.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

12.     The Debtors shall notify all interested parties of this Order.

13.     Notwithstanding FED. R. BANKR. P. 6004(h) or any other applicable Rule of the Federal Rules of Bankruptcy Procedure, this Order shall take effect immediately upon approval.

**IT IS SO ORDERED.**

XXX

Submitted by:

**CROWE & DUNLEVY**

*s/Mark A. Craige* _____
Mark A. Craige, OBA No. 1992
Michael R. Pacewicz, OBA No. 18794
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103-3313
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
e-mail: mark.craige@crowedunlevy.com
        michael.pacewicz@crowedunlevy.com

and

William H. Hoch, OBA No. 15788
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
405.235.7700 Telephone Number
405.239.6651 Facsimile Number
e-mail:  will.hoch@crowedunlevy.com

*Attorneys for Debtors In Possession*