**Dated: November 6, 2014**

**The following is ORDERED:**

The hearing will be held in the United States Courthouse and Post Office, Second Floor Courtroom, 4th and Grand Streets, Okmulgee, Oklahoma.



TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| Texoma Peanut Company | ) | Case No. 14-81334 |
| Clint-Co Peanut Company | ) | Case No. 14-81335 |
| Clint Williams Company-Western Division LLC | ) ) | Case No. 14-81336 |
| Debtors. | ) ) | Jointly Administered |

### ORDER GRANTING DEBTORS' APPLICATION TO SHORTEN TIME AND FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

This matter comes before the Court upon the Application filed by Texoma Peanut Company, *et al.,* debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors" or "TPC"), to Shorten Time and for Expedited Consideration of First Day Motions (the "Application") filed November 6, 2014 [Dkt. No. 7]. For cause shown in the Application, the Court finds that the Application should be granted.

**IT IS THEREFORE ORDERED** that those of the following motions that were filed by the Debtors on November 6, 2014 (the "First Day Motions") are hereby set for hearing on November 10, 2014 at 10:00 a.m.:

1. Expedited Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and (II) Granting Authority to Establish the Master Service List Applicable to these Cases;

2. Application for Order Pursuant to § 327(a) Authorizing the Employment and Retention of Crowe and Dunlevy as General Bankruptcy and Litigation Counsel for Debtors;

3. Application to Employ Focus Group as Financial Advisor Pursuant to § 327 of the Bankruptcy Code;

4. Application to Employ Lakeshore Food Advisors as Sale Advisors Pursuant to §§ 327 and 328(a) of the Bankruptcy Code;

5. Application to Employ Dixon Hughes Goodman as Bankruptcy Accountants pursuant to § 327 of the Bankruptcy Code;

6. Application Pursuant to § 327(a) Authorizing the Employment and Retention of Gerald R. Miller as Conflicts Counsel for Debtors;

7. Expedited Motion for Order Under 11 U.S.C. §§ 105, 363, 364, 1107 and 1108 (I) Authorizing Continued Use of Existing Bank Accounts, Business Forms and Cash Management System; (II) Waiving Requirements of § 345 of the Bankruptcy Code; and (III) Authorizing Continuation of Intercompany Transactions;

8. Expedited Motion for Order Under 11 U.S.C. §§ 105, 363 and 507, (I) Authorizing Payment of Prepetition Employee Obligations and Related Amounts, (II) Confirming Right of Debtors to Continue Employee Programs on Post-petition Basis, (III) Confirming Right of Debtors to Pay Withholding and Payroll-Related Taxes and (IV) Directing Banks to Honor Prepetition Checks for Employee Obligations;

9. Expedited Motion to Continue Use of Bank Accounts Motion for Order Under 11 U.S.C. 105, 363, 364, 1107 and 1108 (I) Authorizing Continued Use of Existing Bank Accounts, Business Forms and Cash Management System; (II) Waiving Requirements of Section 345 of the Bankruptcy Code; and (III) Authorizing Continuation of Intercompany Transactions;

10. Expedited Motion For Order Establishing Case Procedures including payment of professionals on monthly basis;

11. Expedited Motion for Continuation of Utility Service Motion for Interim and Final Orders Providing Adequate Assurance of Utility Payments;

12. Expedited Motion for Order Granting Additional Time to File Schedules and Statements pursuant to 11 U.S.C. § 521(a)(1) and Fed.R.Bankr.P.1007(b).

**IT IS FURTHER ORDERED** that Responses and Objections to those of the First Day Motions filed by the Debtors on November 6, 2014 shall be filed no later than November 7, 2014, at 12:00 p.m. (C.S.T.)

####

APPROVED FOR ENTRY:

**CROWE & DUNLEVY**

/sMark A. Craige_____
Mark A. Craige, OBA No. 1992
Michael R. Pacewicz, OBA No. 18794
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma 74103-3313
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
e-mail: mark.craige@crowedunlevy.com
         michael.pacewicz@crowedunlevy.com

and

William H. Hoch, OBA No. 15788
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
405.235.7700 Telephone Number
405.239.6651 Facsimile Number
e-mail:  will.hoch@crowedunlevy.com

*Attorneys for Debtors In Possession*