IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED at \_\_\_\_\_ O'clock & \_\_\_\_\_ min \_\_\_ M
NOV 07 2014
THERESE BUTHOD, CLERK
United States, Bankruptcy Court
Eastern District of Oklahoma

| | |
|---|---|
| In re: | Chapter 11 |
| Texoma Peanut Company | Case No. 14-81334 |
| Clint-Co Peanut Company | Case No. 14-81335 |
| Clint Williams Company-Western Division LLC | Case No. 14-81336 |
| Debtors. | Joint Administration Requested |

## MOTION TO APPEAR PRO HAC VICE

Bradley R. Foxman of the firm of Vinson & Elkins LLP, pursuant to Local Rule 2090-1 for the Eastern District of Oklahoma, moves for special admission to appear in these cases as counsel for Wells Fargo N.A. and Wells Fargo Equipment Finance, Inc. and applies for admission pro hac vice as requested on the attached Application for Admission Pro Hac Vice. By the filing of this Motion I understand that I must register to file electronically with the Court and that all subsequent pleadings must be filed electronically with the Court.

WHEREFORE, Movant respectfully requests entry of the proposed order authorizing special admission to practice in these cases.

Dated: November 6, 2014

                Bradley R. Foxman, SBT # 24065243
                **VINSON & ELKINS LLP**
                2001 Ross Avenue, Suite 3700
                Dallas, Texas 75201
                Telephone: (214) 220-7700
                Facsimile: (214) 220-7716
                bfoxman@velaw.com

                _____
                Bradley R. Foxman

                **COUNSEL FOR WELLS FARGO N.A. AND WELLS FARGO EQUIPMENT FINANCE, INC.**

# TO BE ATTACHED TO MOTION FOR ADMISSION PRO HAC VICE
## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Bradley R. Foxman

2. State bar membership: Texas (24065243)

3. Business address, telephone and fax numbers: Vinson & Elkins LLP, **2001 Ross Avenue,** Suite 3700 Dallas, Texas 75201 Telephone: (214) 220-7700 Facsimile: (214) 220-7716

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: State of Texas, United States District Court for the Northern District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Western District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

    YES ☐            NO ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

    YES ☐            NO ☑

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil procedure and the Federal Rules of Bankruptcy Procedure (as applicable to this case) and the local rules of this court?

    YES ☑            NO ☐

A check for $50.00 should be made payable to Clerk, U.S. District Court and enclosed with this Motion. Mail to U.S. Bankruptcy Court, Eastern District of Oklahoma, P.O. Box, 1347, Okmulgee, 74447. (Government Attorneys are exempted from paying this fee.)

DATED this 6th day of November, 2014.

_____
Signature of Applicant