UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In re:

Texoma Peanut Company
Clint-Co Peanut Company
Clint Williams Company-Western Division LLC

Debtors.

Case Nos. 14-81334
14-81335
14-81336

Chapter 11

FILED
___ O'clock & ___ min ___ M
NOV 07 2014
THERESE BUTHOD, CLERK
United States, Bankruptcy Court
Eastern District of Oklahoma

## MOTION TO APPEAR PRO HAC VICE

Paul M. Hoffmann of the firm of Stinson Leonard Street LLP, pursuant to Local Rule 2090-1 for the Eastern District of Oklahoma, moves for special admission to appear in this case as counsel for Golden Peanut Company and applies for admission pro hac vice as requested on the attached Application for Admission Pro Hac Vice. By the filing of this Motion I understand that I must register to file electronically with the Court and that all subsequent pleadings must be filed electronically with the Court.

WHEREFORE, Movant respectfully requests entry of the proposed order authorizing special admission to practice in this case.

Dated: November 7, 2014

Paul M. Hoffmann
Stinson Leonard Street LLP
1201 Walnut, Ste 2900
Kansas City, MO 64106
T 816.691.2746
f 816.412.1191

_____
Movant's Signature

DB04/0810731.0047/11467282.1

Local Form 2090-1(E)

## TO BE ATTACHED TO MOTION FOR ADMISSION PRO HAC VICE
## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Paul M. Hoffmann

2. State bar membership: Missouri

3. Business address, telephone and fax numbers: 1201 Walnut, Ste 2900
   Kansas City, MO  64106
   T 816.691.2746; F 816.412.1191

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Missouri
   Western District of Missouri
   District of Kansas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

   YES ☐         NO ☒

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

   YES ☐         NO ☒

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil procedure and the Federal Rules of Bankruptcy Procedure (as applicable to this case) and the local rules of this court?

   YES ☒         NO ☐

A check for $50.00 should be made payable to Clerk, U.S. District Court and enclosed with this Motion. Mail to U.S. Bankruptcy Court, Eastern District of Oklahoma, P.O. Box, 1347, Okmulgee, 74447. (Government Attorneys are exempted from paying this fee.)

DATED this 7th day of November, 2014.

_____
Signature of Applicant

Case 14-81334   Doc 32   Filed 11/07/14   Entered 11/07/14 15:52:36   Desc Main
Document      Page 2 of 2