Dated: November 7, 2014

The following is ORDERED:



*[Signature]*

TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) Chapter 11 |
| Texoma Peanut Company | ) Case No. 14-81334 |
| Clint-Co Peanut Company | ) Case No. 14-81335 |
| Clint Williams Company-Western Division LLC | ) Case No. 14-81336 |
| Debtors. | ) |
| | ) Joint Administration Requested |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter was considered without hearing on William L. Wallander's Motion to Appear Pro Hac Vice in these cases pursuant to Local Rules 2090-1. The court having reviewed the motion and good cause appearing, it is

ORDERED that William L. Wallander may appear before the court pro hac vice as counsel for Wells Fargo N.A. and Wells Fargo Equipment Finance, Inc. in these cases subject to the local rules of this court. The movant shall immediately apply to become a registered user of CM/ECF in this district with full filing privileges in these cases or any other cases in which this court has entered an order admitting the movant pro hac vice.

###